

**jackson|lewis**

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains, New York 10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | RALEIGH, NC |
| ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | RAPID CITY, SD |
| ATLANTA, GA | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RICHMOND, VA |
| AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | SACRAMENTO, CA |
| BALTIMORE, MD | HONOLULU, HI* | NEW YORK, NY | SALT LAKE CITY, UT |
| BERKELEY HEIGHTS, NJ | HOUSTON, TX | NORFOLK, VA | SAN DIEGO, CA |
| BIRMINGHAM, AL | INDIANAPOLIS, IN | OMAHA, NE | SAN FRANCISCO, CA |
| BOSTON, MA | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN JUAN, PR |
| CHARLOTTE, NC | KANSAS CITY REGION | ORLANDO, FL | SEATTLE, WA |
| CHICAGO, IL | LAS VEGAS, NV | PHILADELPHIA, PA | SILICON VALLEY, CA |
| CINCINNATI, OH | LONG ISLAND, NY | PHOENIX, AZ | ST. LOUIS, MO |
| CLEVELAND, OH | LOS ANGELES, CA | PITTSBURGH, PA | TAMPA, FL |
| DALLAS, TX | MADISON, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| DAYTON, OH | MEMPHIS, TN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DENVER, CO | MIAMI, FL | PROVIDENCE, RI | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

DIRECT DIAL: (914) 872-6920
EMAIL ADDRESS: JOSEPH.DIPALMA@JACKSONLEWIS.COM

February 4, 2020

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court, Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re: **Christopher O'Rourke v. 339 West 44 Realty LLC, et al.
Case No. 19-cv-10502 (JMF)**

Dear Judge Furman:

This firm represents Defendant, 339 West 44 Realty LLC, and was recently retained in the above-referenced matter. This letter is written pursuant to Rule 1(E) of Your Honor's Individual Practice Rules, to request an extension of the deadline for Defendant to answer, move or otherwise respond to the Complaint through and including March 4, 2020, and the adjournment of the Initial Conference presently scheduled for February 11, 2020.

Plaintiff's counsel consents to these requests. These requests are made in light of our recent retention so that we will have sufficient time to review and analyze the allegations in this Complaint, speak with pertinent witnesses, review relevant documents, and determine an appropriate response. In addition, the parties would like to explore a potential resolution of this matter without further judicial intervention. This is Defendant's first request for an extension of these deadlines. No other deadlines have been scheduled in this case.

Thank you for your consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

By: /s/ Joseph J. DiPalma
Joseph J. DiPalma

In light of Plaintiff's request for additional time for the absentee defendants to appear, *see* ECF No. 14, both applications are GRANTED. The initial pretrial conference currently scheduled for February 11, 2020, is hereby ADJOURNED to **March 24, 2020, at 3:00 p.m.** Defendant 339 West 44 Realty LLC's deadline to respond to the Complaint is EXTENDED to **March 4, 2020.**

The Clerk of Court is directed to terminate ECF Nos. 14 and 16. SO ORDERED.

[signature]

February 5, 2020