

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains NY 10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

| ALBANY NY | GREENVILLE SC | MONMOUTH COUNTY NJ | RALEIGH NC |
| ALBUQUERQUE NM | HARTFORD CT | MORRISTOWN NJ | RAPID CITY SD |
| ATLANTA GA | HONOLULU HI* | NEW ORLEANS LA | RICHMOND VA |
| AUSTIN TX | HOUSTON TX | NEW YORK NY | SACRAMENTO CA |
| BALTIMORE MD | INDIANAPOLIS IN | NORFOLK VA | SALT LAKE CITY UT |
| BIRMINGHAM AL | JACKSONVILLE FL | OMAHA NE | SAN DIEGO CA |
| BOSTON MA | KANSAS CITY REGION | ORANGE COUNTY CA | SAN FRANCISCO CA |
| CHICAGO IL | LAS VEGAS NV | ORLANDO FL | SAN JUAN PR |
| CINCINNATI OH | LONG ISLAND NY | PHILADELPHIA PA | SEATTLE WA |
| CLEVELAND OH | LOS ANGELES CA | PHOENIX AZ | ST. LOUIS MO |
| DALLAS TX | MADISON, WI | PITTSBURGH PA | STAMFORD CT |
| DAYTON OH | MEMPHIS TN | PORTLAND OR | TAMPA FL |
| DENVER CO | MIAMI FL | PORTSMOUTH NH | WASHINGTON DC REGION |
| DETROIT MI | MILWAUKEE WI | PROVIDENCE RI | WHITE PLAINS NY |
| GRAND RAPIDS MI | MINNEAPOLIS MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: 914-872-6920
E-MAIL ADDRESS: JOSEPH.DIPALMA@JACKSONLEWIS.COM

March 2, 2020

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court, Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re: **Christopher O'Rourke v. 339 West 44 Realty LLC, et al.**
**Case No. 19-cv-10502 (JMF)**

Dear Judge Furman:

This firm represents Defendant, 339 West 44 Realty LLC in the above-referenced matter. This letter is written pursuant to Rule 1(E) of Your Honor's Individual Practice Rules, to request an extension of the deadline for Defendant to answer, move or otherwise respond to the Complaint through and including April 6, 2020, and the adjournment of the Initial Conference presently scheduled for March 24, 2020.

Plaintiff's counsel consents to these requests. These requests are made in light of the fact that the two (2) additional defendants have not appeared in the action. Specifically, this request is being made as neither Alan Rodriguez nor 339 West 44 W. Food LLC have appeared in this action and both are necessary parties. We have contacted with the other defendants and are hopeful they retain counsel and appear in this matter in short order.

Thank you for your consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

By: */s/ Joseph J. DiPalma*
Joseph J. DiPalma

Application GRANTED. Defendant's deadline to respond to the Complaint is extended to **April 6, 2020**. The initial conference currently scheduled for March 24, 2020, is ADJOURNED to **April 20, 2020, at 3:00 p.m**. The Clerk of Court is directed to terminate ECF No. 20. SO ORDERED.

March 3, 2020