

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains NY 10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY NY | GREENVILLE SC | MONMOUTH COUNTY NJ | RALEIGH NC |
| ALBUQUERQUE NM | HARTFORD CT | MORRISTOWN NJ | RAPID CITY SD |
| ATLANTA GA | HONOLULU HI* | NEW ORLEANS LA | RICHMOND VA |
| AUSTIN TX | HOUSTON TX | NEW YORK NY | SACRAMENTO CA |
| BALTIMORE MD | INDIANAPOLIS IN | NORFOLK VA | SALT LAKE CITY UT |
| BIRMINGHAM AL | JACKSONVILLE FL | OMAHA NE | SAN DIEGO CA |
| BOSTON MA | KANSAS CITY REGION | ORANGE COUNTY CA | SAN FRANCISCO CA |
| CHICAGO IL | LAS VEGAS NV | ORLANDO FL | SAN JUAN PR |
| CINCINNATI OH | LONG ISLAND NY | PHILADELPHIA PA | SEATTLE WA |
| CLEVELAND OH | LOS ANGELES CA | PHOENIX AZ | ST. LOUIS MO |
| DALLAS TX | MADISON, WI | PITTSBURGH PA | STAMFORD CT |
| DAYTON OH | MEMPHIS TN | PORTLAND OR | TAMPA FL |
| DENVER CO | MIAMI FL | PORTSMOUTH NH | WASHINGTON DC REGION |
| DETROIT MI | MILWAUKEE WI | PROVIDENCE RI | WHITE PLAINS NY |
| GRAND RAPIDS MI | MINNEAPOLIS MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: 914-872-6920
E-MAIL ADDRESS: JOSEPH.DIPALMA@JACKSONLEWIS.COM

April 13, 2020

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court, Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

      Re: **Christopher O'Rourke v. 339 West 44 Realty LLC, et al.**
        **Case No. 19-cv-10502 (JMF)**

Dear Judge Furman:

  This firm represents Defendant, 339 West 44 Realty LLC in the above-referenced matter. This letter is written in accordance with Your Honor's Order dated March 30, 2020 [ECF No. 23] to request that this matter be stayed until a period of time after businesses reopen.

  Plaintiff's counsel consents to this request. This request is made in light of the fact that the two (2) additional defendants have not appeared in the action and their restaurants are not open to the public due to the COVID-19 outbreak.

  Thank you for your consideration of this request.

          Respectfully submitted,

          JACKSON LEWIS P.C.

         By: */s/ Joseph J. DiPalma*
           Joseph J. DiPalma

---

Application GRANTED. This matter is hereby STAYED for 90 days. By July 13, 2020, the parties shall file a joint letter advising whether the stay should be lifted. The Clerk of Court is directed to terminate ECF No. 24. SO ORDERED.

*[signature]*
April 13, 2020